UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 15-1362

Harold M. Hoffman,
individually and on behalf of those similarly situated,
Appellant

v.

Nordic Naturals, Inc.

(D.N.J. No. 2-14-cv-03291)


ORDER AMENDING OPINION

At the direction of the Court, the opinion filed on September 14, 2016, is amended to correct footnote 41. The footnote should read:

> We recently discussed this issue in *Chavez v. Dole Food Co., Inc.*, --- F.3d ---, 2016 WL 4578641, at *18 n.130 (3d Cir. Sept. 2, 2016) (en banc).


For the Court,

s/ Marcia M. Waldron
Clerk

Dated: September 15, 2016
CLW/cc: Harold M. Hoffman, Esq.
        Michael R. McDonald, Esq.
        Jennifer M. Thibodaux, Esq.